IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GRADY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 11-cv-00923-JPG-PMF |
| | ) |
| DIRECTOR OF THE | ) |
| ILLINOIS DEPARTMENT | ) |
| OF CORRECTIONS, *et al*., | ) |
| | ) |
|    Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the court on Plaintiff's Motion (Doc. 50) for Reconsideration of the Court's Order (Doc. 49) of March 25, 2014. The Court's Order (Doc. 49) denies the Plaintiff's Motion to Proceed (Doc. 40), Motion for Speedy Trial, Motion to Appeal and for Reconsideration (Doc. 42) and to Appeal *in forma pauperis* (Doc.44). Plaintiff cites no new basis for reconsideration and raises the same issues he put forth in his initial motions.

Therefore, for the reasons stated in the Court's Order (Doc. 49), Plaintiff's Motion (Doc. 50) for Reconsideration is **DENIED**.

   **IT IS SO ORDERED.**

   **DATED:** 12/22/2014

                                                       s/J. Phil Gilbert
                                                   **J. PHIL GILBERT
                                                   DISTRICT JUDGE**